IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00286-LTB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     MARCELO REYES-GARCIA,

    Defendant.

---

**ORDER TO DISMISS**

---

Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

ORDERED that Counts 2 and 3 of the Indictment be dismissed as to defendant Marcelo Reyes-Garcia.

DATED this __14th__ day of December, 2007.

                                                BY THE COURT:

                                              s/Lewis T. Babcock
                                              LEWIS T. BABCOCK
                                              UNITED STATES DISTRICT COURT JUDGE
                                              DISTRICT OF COLORADO